UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WILFRANCE DALBERISTE**

    Petitioner,

v.                                 Case No.  8:06-cv-189-T-30MSS

**ALBERTO GONZALEZ, Attorney
General of the United States, et al.,**

    Respondents.
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*.  Since the Court has been advised that the Petitioner has been deported to Haiti, the instant action has been rendered moot.

It is therefore ORDERED AND ADJUDGED that the Clerk is directed to terminate any pending motions and CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida on August 1, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2006\06-cv-189.evid hrg.frm